UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:19-CR-06 |
| v. | |
| BARRY RITTER, JR., | FILED |
| Defendant | SCRANTON |
| | JAN 0 8 2019 |
| INDICTMENT | PER _____ DEPUTY CLERK |

THE GRAND JURY CHARGES:

## COUNT ONE
Distribution or Receipt of Child Pornography
18 U.S.C. § 2252(a)(2)

From on or about March 5, 2018 to on or about July 16, 2018, in Northumberland County, in the Middle District of Pennsylvania, the defendant,

BARRY RITTER, JR.,

using a means and facility of interstate commerce, did knowingly receive, distribute, and attempt to distribute, any visual depiction, that had been shipped or transported in or affecting interstate or foreign commerce, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

THE GRAND JURY FURTHER CHARGES:

## COUNT TWO
Possession of Child Pornography
18 U.S.C. § 2252(a)(4)

On or about July 18, 2018, in Northumberland County, in the Middle District of Pennsylvania, the defendant,

BARRY RITTER, JR.,

knowingly possessed and accessed with intent to view at least one matter which contains any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, including by computer, and the production of such visual depiction involved the use of a prepubescent minor and a minor who had not attained 12 years of age, engaging in sexually explicit conduct, and such visual depiction was of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

**THE GRAND JURY FURTHER FINDS:**

## FORFEITURE ALLEGATION

The allegations contained in Counts One through Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

2. Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Section 2252, the defendant,

**BARRY RITTER, JR.,**

shall forfeit to the United States of America:

> a. Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

4

  b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

  c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

The property to be forfeited includes, but is not limited to, the following:

  a. HP Pavilion dv4, Serial No. 4CN2260024.

3. If any of the property described above, as a result of any act or omission of the defendant:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute

5

property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

A TRUE BILL

DAVID J. FREED
United States Attorney

By: _____

PHILLIP J. CARABALLO
Assistant United States Attorney

Date: 01/08/2019