**ROBERT M. BUTTNER, ESQ.**
I.D.# 63368
CJA Court-Appointed Counsel for Defendant

Law Office:
Scranton Bank Building
108 N. Washington Avenue, Ste. 400
Scranton, Pennsylvania 18503
Tele: 570.341.5190

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | (Judge Mariani) |
| -vs- | : | |
| | : | |
| BARRY RITTER, JR. | : | NO.  3:19-CR-006 |
| | : | |

### RESPONSE TO ORDER OF APRIL 12, 2019

On April 5, 2019, the Defendant, Mr. Ritter, filed a pro se request for a hearing seeking release from detention. (Doc. # 22). Subsequently, on April 12, 2019, this Honorable Court issued an Order directing counsel to meet, within fourteen (14) days, with the Defendant, Mr. Ritter, to determine his intention and desire regarding his request for a hearing on release from detention. (Doc. # 23).

On April 18, 2019, Counsel met with the Defendant, Mr. Ritter, and explained the requirements that need to be met at a release from detention hearing to achieve release. In addition, counsel explained to the Defendant, Mr. Ritter, the pros and cons of being released from detention, should this Court grant such relief. On that same date, Defendant, Mr. Ritter, advised counsel that he does not wish to pursue a release from detention hearing and, therefore, such a hearing is unnecessary. The Defendant, Mr. Ritter, will not be seeking release from detention at this time.

Respectfully submitted,

BY:  /s/ Robert M. Buttner
Robert M. Buttner, Esquire
I.D.# 63368
CJA Counsel for Defendant

Date:  April 23, 2019

SNB Plaza
108 N. Washington Avenue, Ste. 400
Scranton, Pennsylvania 18503
Tele: 570.341.5190

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | (Judge Mariani) |
| -vs- | : | |
| | : | |
| BARRY RITTER, JR. | : | NO. 3:19-CR-006 |
| | : | |

## CERTIFICATE OF SERVICE

I, Robert M. Buttner, Esquire, hereby certify that on the date and in the manner set forth below, I served a copy of the Defendant's Response to Order of April 12, 2019 to the person(s) at the following address(es):

**EMAIL**

Phil Caraballo, Esquire
Assistant U.S. Attorney
U.S. Attorney's Office
Middle District of Pennsylvania
William J. Nealon Federal Building
235 N. Washington Avenue, P.O. Box 309
Scranton, Pennsylvania 18501

                                        Respectfully submitted,


                                        BY: /s/ Robert M. Buttner
Date:   April 23, 2019                  Robert M. Buttner, Esquire
                                        I.D.# 63368
Scranton Bank Building                  CJA Court Appointed Counsel
108 N. Washington Avenue, Ste. 400      for Defendant
Scranton, Pennsylvania 18503
Tele: 570.341.5190